# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KDC Agribusiness LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10786 (CTG)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>GH FTW II LLC,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 25-51001 (CTG) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness LLC, *et al.*, (the "Plaintiff") and Defendant GH FTW II LLC (the "Defendant" and, together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

　　　1.　　The time within which Defendant may answer, move, or otherwise respond to the Complaint [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including November 26, 2025.

　　　2.　　Defendant admits that it is the proper party defendant as named in the Summons and Complaint.

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax dentification number, are: KDC Agribusiness LLC (2280), Do Good Chicken LLC (1523), Do Good Foods Facility Management LLC (3974), Do Good Foods Fort Wayne LLC (6909), Do Good Foods LLC (9976), Do Good Foods Managed Services LLC (4214), Do Goods Foods Selma LLC (3776) and KDC Agribusiness Fairless Hills LLC (8680).

3.	In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any defenses relating to service or process of the Summons and Complaint.

4.	Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

5.	Defendant's deadline to respond to all discovery served upon it by Plaintiff in the above-captioned adversary proceeding is hereby extended to and including December 10, 2025.

6.	Defendant's deadline to serve written discovery on Plaintiff in the above-captioned adversary proceeding is hereby extended to and including December 10, 2025.

7.	Defendant's deadline to complete non-expert, written fact discovery, excluding depositions of fact witnesses, in the above-captioned adversary proceeding is hereby extended to and including January 9, 2026.

8.	Defendant's deadline to choose a mediator is hereby extended to and including January 26, 2026.

| | |
|---|---|
| Dated: October 29, 2025 | Dated: October 29, 2025 |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **BARNES & THORNBURG LLP** |
| */s/ Daniel N. Brogan* <br> Jennifer R. Hoover (No. 5111) <br> Kevin M. Capuzzi (No. 5462) <br> Daniel N. Brogan (No. 5723) <br> Jared C. Hoffman (No. 7483) <br> 1313 Market Street, Suite 1201 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 442-7010 <br> Email: jhoover@beneschlaw.com <br>     kcapuzzi@beneschlaw.com <br>     dbrogan@beneschlaw.com <br>     jhoffman@beneschlaw.com <br><br> *Counsel to Plaintiff, George L. Miller, Chapter 7 Trustee of KDC Agribusiness LLC, et al.* | */s/ Jonathan Sundheimer* <br> Jonathan Sundheimer, Esq. <br> 11 South Meridian Street <br> Indianapolis, IN 46204 <br> Telephone (317) 236-1313 <br> Email: Jonathan.Sundheimer@btlaw.com <br><br> *Counsel to Defendant, GH FTW II LLC* |